UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| **JON HANNA AND HANNA LAW FIRM, P.C.,** | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. |
| **RAHUL MALHOTRA,** | § § § | |
| *Defendant*. | § | |

**TEMPORARY RESTRAINING ORDER**

Plaintiffs Jon Hanna and Hanna Law Firm, P.C. have filed their Complaint and Application for Injunctive Relief and presented a request for a temporary restraining order. It appears from the facts set forth in the Complaint and the supporting Affidavit of Jon Hanna that unless Raul Malhotra is restrained immediately, he will commit the acts described below before notice can be given and a hearing is had on plaintiffs' application for a preliminary injunction; and that if the commission of these acts is not restrained immediately, Plaintiffs will suffer irreparable injury because of the permanent loss of existing and prospective clients.

It further appears from the petition and affidavit that plaintiffs have a substantial likelihood of success on the merits of their claims against defendant. Finally, the potential injury faced by plaintiffs far outweighs any injury that would be sustained by the defendant as a result of the injunctive relief and granting injunctive relief will not adversely affect public policy or the public interest. This temporary restraining order is necessary to preserve the status quo between the parties pending a preliminary-injunction hearing. Plaintiffs have no adequate remedy at law.

**IT IS ORDERED** that a temporary restraining order be entered enjoining Rahul Malhotra, and all of his agents, representatives, partners, employees, attorneys, or anyone else who received

actual notice of this order, whether alone or in concert with others, from: (1) using telephone number 432-580-4878 (HURT) for any purpose and (2) contacting existing clients of the Hanna Law Firm, P.C. by any means. This order is in effect for 14 days or until further order of this Court.

**IT IS FURTHER ORDERED** that Rahul Malhotra is to appear before the Honorable _____, Judge on the \_\_\_\_ day of _____, 2021, at \_\_\_\_\_ \_\_.m. in the Courtroom of the United States District Court for the Northern District of Texas, Abilene Division, then and there to show cause, if any, why a preliminary injunction should not be issued as requested by plaintiffs. The Clerk of the Court is hereby directed to issue a show-cause notice to Rahul Malhotra to appear at this preliminary-injunction hearing.

The Clerk of the above-entitled Court shall forthwith, on the filing by plaintiffs of the bond hereinafter required, and on approving the same according to the law, shall issue a temporary restraining order in conformity with the law and the terms of this order.

This order shall not be effective unless and until plaintiffs execute and file with the Court, a bond, in conformity with the law in the amount of $_____.

**SIGNED** this \_\_\_\_\_ day of _____, 2021, at _____ \_\_.m.

_____
**United States District Judge**